22-mc-0019

IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : No. 2841 Disciplinary Docket No. 3 |
| Petitioner | : No. 154 DB 2021 |
| v. | : Attorney Registration No. 40499 |
| JAMES W. ZERILLO, | : (Montgomery County) |
| Respondent | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 25th day of February, 2022, upon consideration of the Certificate of Admission of Disability and Respondent's amended submission, James W. Zerillo is immediately transferred to inactive status for an indefinite period and until further Order of this Court. *See* Pa.R.D.E. 301(e). He shall comply with all the provisions of Pa.R.D.E. 217.

All pending disciplinary proceedings shall be held in abeyance, except for the perpetuation of testimony and the preservation of documentary evidence.

Justice Brobson did not participate in the consideration or decision of this matter.

A True Copy Nicole Traini
As Of 02/25/2022

Attest: *Nicole Traini*
Chief Clerk
Supreme Court of Pennsylvania